JIRI HORAK *v.* STATE OF CONNECTICUT ET AL.

The motion by Benjamin M. Chapnick to withdraw his appearance in behalf of the plaintiff in the appeal from the Superior Court in New Haven County is granted.

*Benjamin M. Chapnick,* on the motion.

*S. Victor Feingold,* assistant attorney general, for the defendant (state).

Argued April 1—decided April 1, 1975

MATHIAS LIISTRO *v.* CARL ROBINSON, WARDEN

The plaintiff's motion to dismiss the state's appeal from the Superior Court in Hartford County is denied.

*Richard Cramer,* for the appellee (plaintiff).

*Stephen J. O'Neill,* assistant attorney general, for the appellant (state).

Argued April 1—decided April 1, 1975

JOHN A. DELGADO, ADMINISTRATOR *v.* ST. MARY'S HOSPITAL

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas for the judicial district of Waterbury is granted.

*Kevin T. Nixon,* for the appellee (plaintiff).

*Bruce W. Thompson,* for the appellant (defendant).

Argued April 1—decided April 1, 1975